# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135547

FRIENDS OF PORTSMOUTH TOWNSHIP
and DR. MARK STEWART,
      Petitioners-Appellants,

v

CHARTER TOWNSHIP OF PORTSMOUTH
and PORTSMOUTH TOWNSHIP PLANNING
COMMISSION,
      Respondents-Appellees,

and

CHRIS RATAJCZAK and KARLA RATAJCZAK,
      Intervening Respondents-Appellees,

and

WAL-MART STORES, INC.,
      Intervening Appellee.
_____/

SC: 135547
COA: 277433
Bay CC: 05-003503-AA

      On order of the Court, the application for leave to appeal the November 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2008

_____
Clerk

d0625